IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. MOSER | § | |
| | § | |
| V. | § | CASE NO. 4:08-CV-130 |
| | § | |
| CHEVY CHASE BANK | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES BANKRUPTCY JUDGE
### (ADVERSARY NUMBER 06-04262)

Came on for consideration the Report and Recommendation of the United States Bankruptcy Judge, this matter having been heretofore referred to United States Bankruptcy Judge Brenda T. Rhoades.  On April 11, 2008, the Bankruptcy Judge signed a Report and Recommendation containing her proposed findings of fact and recommendation that this Court should withdraw the reference of this adversary proceeding pursuant to 28 U.S.C. § 157(d) for the limited purpose of proceeding to trial by jury.

Having received the Report and Recommendation of the United States Bankruptcy Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Bankruptcy Judge are correct and adopts the same as findings and conclusions of the Court.  It is, therefore,

ORDERED, ADJUDGED and DECREED that the reference of this adversary proceeding is hereby WITHDRAWN pursuant to 28 U.S.C. § 157(d) for the limited purpose of proceeding to trial by jury.

It is so ORDERED.

**SIGNED this 25th day of August, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE